WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-14-08077-001-PCT-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Edwina Lynn Kewanyama, | |
| Defendant. | |

The defendant appeared in court with counsel. The defendant's probable cause hearing was held and the detention hearing was held on the record including a proffer by defense counsel. The Court finds probable cause to believe the defendant violated the terms of her supervised probation as alleged in the petition. The Court further finds, pursuant to Rule 32.1(a)(6), that defendant has shown by clear and convincing evidence that she is not a flight risk or a danger if and only if she qualifies for, is accepted to, and abides by the program requirements of Crossroads in Phoenix, Arizona or other facility as designated by Pretrial Services in his new criminal case.

**IT IS HEREBY ORDERED** the defendant shall be bound over for further proceedings on the petition to revoke her supervised probation.

**IT IS FURTHER ORDERED** the defendant is detained as a flight risk and a danger pending further revocation proceedings unless she qualifies for placement, and in that event, defendant shall be released to placement upon conditions set by this Court.

**IT IS FURTHER ORDERED** that should defendant not so qualify for

placement, the release conditions set by this Court shall be vacated and defendant shall be detained pending revocation proceedings.

Dated this 2nd day of March, 2018.

Honorable Charles R. Pyle
United States Magistrate Judge